638

October, 1, 1982.

452 A.2d 26

Christie v. Nationwide etc., et al., Appellants.

Argued September 29, 1981.   Lee C. McCandless, for appellants;  Richard B. Kirkpatrick, for appellees.

Before CAVANAUGH, MONTEMURO and VAN der VOORT, JJ.

Judgment affirmed.

452 A.2d 26

Commonwealth v. Alexander, Appellant.
Petition for Allowance of Appeal
·  Denied Feb. 2, 1983.

Submitted April 28, 1982.   Norman A. Levine, for appellant; Donald E. Williams, District Attorney, for Commonwealth, appellee.

Before CERCONE, P.J., BECK and MONTEMURO, JJ.

Judgment of sentence affirmed.